IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

  v.                          Crim. Action No.: 2:23-CR-01
                                    (Judge Kleeh)

**KERRI MARIE HAMRICK-SATTERFIELD,**

        **Defendant.**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY [ECF NO. 12], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

On March 17, 2023, the Defendant, Kerri Marie Hamrick-Satterfield ("Hamrick-Satterfield"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of **GUILTY** to Count One of the Information, charging her with Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

This Court referred Hamrick-Satterfield's plea of guilty to the magistrate judge for the purpose of administering the allocution, pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted. Hamrick-Satterfield stated that she understood that the magistrate judge is not a United States

USA v. HAMRICK-SATTERFIELD                                    2:23-CR-01

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY [ECF NO. 12], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

District Judge, and Hamrick-Satterfield consented to pleading before the magistrate judge.

Based upon Hamrick-Satterfield's statements during the plea hearing and the Government's proffer establishing that an independent factual basis for the plea existed, the magistrate judge found that Hamrick-Satterfield was competent to enter a plea, that the plea was freely and voluntarily given, that she understood the charges against her and the consequences of her plea, and that a factual basis existed for the tendered plea. The magistrate judge issued a *Report and Recommendation Concerning Plea of Guilty* ("R&R") [ECF No. 12] finding a factual basis for the plea and recommending that this Court accept Hamrick-Satterfield's plea of guilty to Count One of the Information.

The magistrate judge **released** Hamrick-Satterfield on the terms of the Order Setting Conditions of Release, previously entered in the companion case [ECF No. 14 in Case No. 2:20-CR-10].

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. He further advised that failure to file objections would result in a waiver of the right to appeal from a

**USA v. HAMRICK-SATTERFIELD**                                                       **2:23-CR-01**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY [ECF NO. 12], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

judgment of this Court based on the R&R.  Neither Hamrick-Satterfield nor the Government filed objections to the R&R.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R [ECF No. 12], provisionally **ACCEPTS** Hamrick-Satterfield's guilty plea, and **ADJUDGES** her **GUILTY** of the crime charged in Count One of the Information.

Pursuant to Fed. R. Crim. P. 11(c)(3) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it has received and reviewed the presentence investigation report prepared in this matter.

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** the following:

1. The Probation Officer shall undertake a presentence investigation of Hamrick-Satterfield, and prepare a presentence investigation report for the Court;

2. The Government and Hamrick-Satterfield shall each provide their narrative descriptions of the offense to the Probation Officer by **April 17, 2023**;

3. The presentence investigation report shall be disclosed to Hamrick-Satterfield, her counsel, and the Government on or before **May 24, 2023**; however, the Probation Officer shall not

3

**USA v. HAMRICK-SATTERFIELD** 2:23-CR-01

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY [ECF NO. 12], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

disclose any sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4. Written objections to the presentence investigation report, if any, shall be submitted to the opposing party and to the probation officer on or before **June 7, 2023;**

5. Responses to objections to the presentence investigation report, if any, shall be submitted to the opposing party and to the probation officer on or before **June 14, 2023;**

6. The Office of Probation shall submit the presentence investigation report with addendum to the Court on or before **June 28, 2023;** and

6. Counsel may file any written sentencing memoranda or statements and motions for departure from the Sentencing Guidelines, including the factual basis for the same, on or before **July 11, 2023.**

The Court further **ORDERS** that prior to sentencing, Hamrick-Satterfield's counsel shall review with her the revised Standard Probation and Supervised Release Conditions adopted by this Court on November 29, 2016, pursuant to the standing order entered by Chief Judge Groh, In Re: Revised Standard Probation and Supervised Release Conditions, 3:16-MC-56.

4

**USA v. HAMRICK-SATTERFIELD**                                    2:23-CR-01

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY [ECF NO. 12], ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING

The Court will conduct the **Sentencing Hearing** for Hamrick-Satterfield on **July 13, 2023**, at **2:30 P.M.**, at the **Elkins, West Virginia**, point of holding court. If counsel anticipates having multiple witnesses or an otherwise lengthy sentencing hearing, please notify the Judge's chamber staff so that an adequate amount of time can be scheduled.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record, the Office of Probation, and the United States Marshals Service.

DATED: April 11, 2023

*/s/ Tom S. Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA